IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DEANDRA S. WILLIAMS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAMELA BONDI, U.S. Attorney General, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:25-cv-183 |

## O R D E R

Plaintiffs filed this case on August 6, 2025.  (Doc. 1.)  On November 24, 2025, Plaintiffs filed a Notice of Voluntary Dismissal.  (Doc. 11.)  None of the Defendants has filed an answer or a motion for summary judgment.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITHOUT PREJUDICE**.  (See id.)  The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 1st day of December, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA